### R. O. CHENEY v. STATE OF FLORIDA

17 So. (2nd) 122                  January Term, 1944
February 29, 1944                         En Banc

*C. A. Avriett,* for appellant.

*J. Tom Watson,* Attorney General, and *John C. Wynn,* Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed on authority of Scott v. State, 138 Fla. 568, 189 So. 661.

BUFORD, C. J., TERRELL, THOMAS, ADAMS and SEBRING, JJ., concur.

BROWN, J., dissents.

CHAPMAN, J., not participating.